**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Civil Action No. 1:20-cv-03790-DDD-SKC

PostNet International Franchise Corporation,

    Plaintiff,

v.

James Wu,

    Defendant.

## ORDER SETTING PRELIMINARY INJUNCTION HEARING AND RELATED DEADLINES

    Plaintiff seeks to enjoin Defendant from, among other thing, operating a store allegedly in violation of a post-expiration covenant not-to-compete found in the parties' franchise agreement. (Doc. 14.) Defendant has moved to dismiss or transfer the suit on jurisdictional and venue grounds. (Doc. 12.) The court previously set a briefing schedule for Plaintiff's preliminary-injunction motion and Defendant's motion to dismiss. (Doc. 13.) The court now finds it appropriate to hold an evidentiary/motions hearing on the two motions.

    It is ORDERED that a Preliminary Injunction Hearing is SET for February 9, 2021 at 1:30 PM. At the Hearing, the court will address both Plaintiff's motion for a preliminary injunction and Defendant's motion to dismiss or transfer. The court will later set time limits on both sides as to both the presentation of evidence, if any, and legal argument.

- 1 -

It is FURTHER ORDERED that:

In light of the conditions created by the ongoing COVID-19 pandemic, and pursuant to General Order Nos. 2020-10 and 2021-2, the Hearing shall be conducted by video teleconference ("VTC"). No parties, attorneys, witnesses, or members of the public may attend the Preliminary Injunction Hearing in person.

The parties shall contact the courtroom deputy (patricia_glover@cod.uscourts.gov) no later than five days before the hearing for instructions on how to proceed via VTC.

The parties shall ensure that reliable video conferencing arrangements are made for themselves and any of their witnesses, and that any witnesses testify from a room where there will be no interruptions and that has a connection with sufficient bandwidth.

It is FURTHER ORDERED that:

Pursuant to Federal Rule of Civil Procedure 43(c), all direct witness testimony shall be submitted by affidavit in advance of the Preliminary Injunction Hearing, and live testimony at the hearing will be limited to cross-examination and redirect examination. Both sides' witness affidavits, to the extent not already in the record, shall be filed electronically on or before February 1, 2021. The parties are advised that the court will set time limits for the Hearing, including for the presentation of evidence and for legal argument.

It is FURTHER ORDERED that the following pre-Hearing deadlines shall apply:

- The deadline for replies regarding the two motions is still January 27, 2021 as ordered previously. (Doc. 13.)

- The parties shall exchange with each other and file with the court exhibit and witness lists on or before February 1, 2021. Except for any video or audio exhibits, the exhibits shall be in PDF file format. The file name for each exhibit shall include the exhibit number and description (e.g., "Exhibit 1 – Smith Affidavit"). Consult DDD Civ. P.S. II(C) regarding numbering of exhibits. The exhibits may be submitted by email to Domenico_Chambers@cod.uscourts.gov as attachments or via secure download link. Exhibit and witness list forms can be found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonDanielDDomenico.aspx.

- The parties shall file an estimate of the time required for their cross-examination of each of the opposing party's witnesses by 1:30 p.m. on February 3, 2021.

- The parties shall notify counsel for the opposing party of any exhibits it wishes the opposing party's witnesses to have for purposes of cross-examination on or before 1:30 pm on February 3, 2021. Each party shall ensure that its witnesses have copies of all exhibits that may be referenced during cross-examination and redirect examination.

- Any motions affecting the Hearing shall be filed by 1:30 pm on February 4, 2021, with responses due by 5:00 pm on February 5, 2021. No replies will be permitted without leave of court.

It is FURTHER ORDERED that:

Members of the public may attend the Status Conference and the Preliminary Injunction Hearing by teleconference at (866) 390-1828, using Access Code 9792296#; and

- 4 -

All persons participating in court proceedings remotely by VTC or teleconference are prohibited, under penalty of contempt, from recording or broadcasting the proceeding in any manner.

DATED: January 22, 2021

BY THE COURT:

_____
Hon. Daniel D. Domenico
United States District Judge