IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:20-cv-03790-DDD-SKC

PostNet International Franchise Corporation,

    Plaintiff,

v.

James Wu,

    Defendant.

**ORDER REGARDING PRELIMINARY INJUNCTION HEARING LOGISTICS**

The court will hold a joint hearing on Plaintiff's preliminary-injunction motion and Defendant's motion to dismiss on February 9, 2021 at 1:30 PM via video teleconference as set forth in the court's prior order (Doc. 19). The parties have provided the court with exhibit and witness lists and time estimates for cross-examination at the hearing. In further preparation for the hearing, it is ORDERED as follows:

- Each party shall, respectively, file all of its proposed exhibits for the hearing via CM/ECF on or before February 8, 2021. Those filings shall include all of a party's exhibits, including those previously-filed as attachments to other filings.

- Defendant appears to have raised evidentiary objections to some of Plaintiff's exhibits (*see* Doc. 15–1). But "the Federal Rules of Evidence do not apply to preliminary injunction hearings" because such a hearing is not a full trial on the merits. *Heideman v. S. Salt Lake City*, 348 F.3d 1182, 1188 (10th Cir. 2003). While

- 1 -

the court may entertain objections to evidence at the hearing, the court is not strictly bound by the Federal Rules of Evidence.

- Each side, beginning with Plaintiff, will have up to ten minutes for an opening statement if they choose to use it.

- Each side will then have time to cross-examine and redirect witnesses. Plaintiff will have a total of forty-five minutes for cross and redirect examination. Defendant will have a total of 60 minutes for cross and redirect examination.

- Each side will then have thirty minutes for closing arguments. Counsel should be prepared to answer questions from the court during this time. Plaintiff will go first, and each side may reserve rebuttal time as a part of its thirty minute allotment.

- The court will keep track of these time limits and alert the parties, if they desire, when their time is almost up (*e.g.*, a notification when five minutes are left for argument). The parties should not feel compelled to use all of their allotted time either for the presentation of evidence or for legal argument.

- Plaintiff has filed a motion to restrict certain documents (Doc. 26), which Defendant may oppose. The court takes that motion under advisement. But the court is strongly disinclined to impose any restrictions on the public's access to the hearing (via the public teleconference line). Given this, the parties should be mindful

- 2 -

- 3 -

of discussing truly confidential and protected information at the hearing or eliciting such information from witnesses.

DATED: February 4, 2021

BY THE COURT:

Hon. Daniel D. Domenico
United States District Judge