# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| Courtroom Deputy: Patricia Glover | Date: February 9, 2021 |
|---|---|
| Court Reporter: Tracy Weir | |

**CASE NO.   20-cv-03790-DDD-SKC**

| Parties | Counsel |
|---|---|
| POSTNET INTERNATIONAL FRANCHISE CORPORATION, | Jess Dance |
| Plaintiff, | |
| v. | |
| JAMES WU, | Bryan Dillon |
| Defendant. | |

## COURTROOM MINUTES

**HEARING – PRELIMINARY INJUNCTION/MOTIONS - VTC**

**Court in session:**          1:36 p.m.

Appearances of counsel.   Kathleen Panek is present as plaintiff's in house counsel.

The Court addresses preliminary evidentiary and other matters with counsel.

Opening Statements.

Witness sworn for the plaintiff: James Wu :
2:00 p.m.     Cross Examination by Mr. Dance.

2:28 p.m.     Redirect examination of witness by Mr. Dillon.

Witness sworn for the defendant: Dale Myska :
2:32 p.m.     Cross Examination by Mr.Dillon

2:51 p.m.     Re-direct examination of witness by Mr. Dance.

**3:00 p.m.      Court in Recess**
**3:46 p.m.      Court in Session**

No further evidence.

Closing arguments.

**4:18 p.m.      Court in recess**
**4:26 p.m.      Court in session**

Closing arguments continue.

**ORDER:      Motion for Leave to Restrict (Doc. #26) is GRANTED.**

The Court takes the matter under advisement and will issue a written ruling.

**Court in recess:          4:57 p.m.**
**Total in court time:     02:27**
**Hearing concluded**